UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER A. DAVIS, M.D., an individual,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK LIFE INSURANCE COMPANY,<br><br>Defendant. | No. 2:24-cv-0131 TLN DB<br><br>ORDER |

On May 24, 2024, defendant filed a motion to compel plaintiff's responses to interrogatories, requests for admission, and requests for production. The motion is noticed for hearing before the undersigned on June 14, 2024, pursuant to Local Rule 302(c)(1). (ECF No. 37.) On June 5, 2024, defense counsel filed a motion for remote appearance at the June 14, 2024 hearing. (ECF No. 42.)

However, the deadline for the completion of fact discovery is June 16, 2024. (ECF No. 39 at 1.) As explained by the assigned District Judge "'completed' means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed." (ECF No. 34 at 2.) There is not sufficient time

1

between June 14, 2024—the hearing of the motion to compel—and the June 16, 2024, deadline for the completion of fact discovery.  Defendant's motion to compel will, therefore, be denied without prejudice to renewal in the event the discovery deadline is extended.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's May 24, 2024 motion to compel (ECF No. 37) is denied without prejudice to renewal;

2. The June 14, 2024 hearing is vacated; and

3. Defendant's June 5, 2024 request for telephonic appearance (ECF No. 42) is denied as having been rendered moot.

Dated:  June 10, 2024

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/davis0131.mtc.den.untimely.ord

---

[1] On May 28, 2024, plaintiff filed an ex parte application to amend the scheduling order.  (ECF No. 39.)  On May 30, 2024, the assigned District Judge denied the ex parte application, directing plaintiff to file a properly noticed motion if seeking to modify the scheduling order.  (ECF No. 40.)