ANDREW S. AZARMI (SBN 241407 )
andrew.azarmi@dentons.com
DENTONS US LLP
1999 Harrison Street
Suite 1210
Oakland, CA  94612
Telephone:      415 882 5000
Facsimile:      415 882 0300

ANNE E. WADDELL (SBN 311388)
anne.waddell@dentons.com
DENTONS US LLP
4675 MacArthur Court,
Suite 1250
Newport Beach, CA 92660
Telephone:      949 732 3700
Facsimile:      949 732 3739

Attorneys for Defendant
New York Life Insurance Company

SCOTT C. GLOVSKY (Cal. Bar No.
170477)
sglovsky@scottglovskylaw.com
JULIA ZALBA SELTZ (Cal. Bar No.
166717)
jseltz@scottglovskylaw.com
LAW OFFICES OF SCOTT
GLOVSKY, APC
343 Harvard Avenue
Claremont, CA 91711
Website: www.scottglovsky.com
Telephone: (626) 243-5598
Facsimile: (866) 243-2243

Attorneys for Plaintiff
Alexander A. Davis, M.D.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ALEXANDER A. DAVIS, M.D., an
individual,

            Plaintiff,

        vs.

NEW YORK LIFE INSURANCE
COMPANY; and DOES 1 through 100
inclusive,

            Defendants.

No. 2:24-CV-00131-TLN-DB

**STIPULATION AND ORDER TO TAKE
CERTAIN DEPOSITIONS AFTER THE
JUNE 17, 2024 FACT DISCOVERY CUT-
OFF**

Judge: Hon. Troy L. Nunley

Action Filed:  September 21, 2022

DENTONS US LLP
1999 HARRISON STREET, SUITE 1210
OAKLAND, CALIFORNIA  94612
(415) 882-5000

Pursuant to Federal Rule of Civil Procedure 16(b)(4), the Honorable Troy L. Nunley's Standard Information Section I "Civil Law and Motion," and the Court's Initial Scheduling Order (ECF No. 34), Defendants New York Life Insurance Company ("New York Life") and Plaintiff Alexander A. Davis, M.D. (collectively, the "Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, the current fact discovery cut-off is June 17, 2024 (ECF No. 34);

WHEREAS, New York Life noticed depositions of Dr. Johnson, Dr. Silva, Dr. Gould, Dr. Knobel, Dr. Hetnal, Dr. Brink, Isabel Van Sicklen, Plaintiff and Deanna Becker for before the fact discovery cut-off;

WHEREAS, Plaintiff noticed depositions of Lacy Conte, Perry Cocozzo, and a 30(b)(6) deposition for before the fact discovery cut-off;

WHEREAS, because of unavoidable scheduling conflicts these depositions have not been able to proceed on the originally noticed dates;

WHEREAS, Dr. Johnson was deposed May 17, 2024, Dr. Silva was deposed May 24, 2024, Dr. Brink was deposed June 10, 2024, Dr. Hetnal was deposed June 10, 2024, Isabel Van Sicklen will be deposed the morning of June 13, 2024, and the 30(b)(6) deposition will take place June 17, 2024;

WHEREAS, Plaintiff will not call Dr. Knobel at trial or otherwise use him in this litigation;

WHEREAS, the majority of Lacy Conte's deposition took place on June 11, 2024, but Plaintiff's counsel still has additional questions;

WHEREAS, the Parties believe good cause exists to a limited stipulation to take the depositions of Dr. Gould, Deanna Becker, Plaintiff, and Perry Cocozzo after the June 17, 2024 fact discovery cut-off;

WHEREAS, the Parties also believe good cause exists to a limited stipulation to take the remainder time of the 7 hours Plaintiff is allotted under Fed. R. Civ. P. 30(d)(1) to take Lacy Conte's deposition;

WHEREAS, Plaintiff filed a motion to extend the fact discovery cut-off by 183 days

DENTONS US LLP
1999 HARRISON STREET, SUITE 1210
OAKLAND, CALIFORNIA 94612
(415) 882-5000

(ECF No. 45) which New York Life plans to timely oppose;

NOW THEREFORE, the Parties, through their respective counsel of record, jointly stipulate—subject to the Court's approval—to allow the depositions of Dr. Gould, Deanna Becker, Plaintiff, and Perry Cocozzo after the June 17, 2024 fact discovery cut-off.  The Parties also stipulate, through their respective counsel of record —subject to the Court's approval—to allow the limited deposition of Lacy Conte (i.e., the remainder of the 7 hours of deposition time that Plaintiff is allotted under Fed. R. Civ. P. 30(d)(1)).  The depositions of Dr. Gould, Deanna Becker, Plaintiff, Perry Cocozzo, and Lacy Conte will be completed by the end of June 2024. The Parties believe that this will provide sufficient time for the Parties to conduct these necessary depositions.

**IT IS SO STIPULATED.**

Dated:  June 12, 2024                              LAW OFFICES OF SCOTT C. GLOVSKY


By:  _____ (as authorized on June 12, 2024)
                                                        Scott Charles Glovsky

Attorneys for Plaintiff
ALEXANDER A. DAVIS, M.D.

Dated:  June 12, 2024                              DENTONS US LLP


By:  ___/s/ Andrew S. Azarmi_____
                                                        Andrew S. Azarmi

Attorneys for Defendant
NEW YORK LIFE INSURANCE COMPANY

DENTONS US LLP
1999 HARRISON STREET, SUITE 1210
OAKLAND, CALIFORNIA  94612
(415) 882-5000

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June 12, 2024

_____
Troy L. Nunley
United States District Judge

DENTONS US LLP
1999 HARRISON STREET, SUITE 1210
OAKLAND, CALIFORNIA  94612
(415) 882-5000